AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Osbourne Seabrooks

v.

City of New York, et al.

**APPEARANCE**

Case Number: 07 CV 4715

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

July 20, 2007
Date

Signature

SR 4272
Print Name — Bar Number

Suzette Corinne Rivera
Address

100 Church Street, New York, NY 10007
City          State          Zip Code

(212) 788-9567          (212) 788-9776
Phone Number          Fax Number