

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**SUZETTE CORINNE RIVERA**
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/07

July 20, 2007

BY HAND
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
7/20/07

Re: <u>Osbourne Seabrooks v. The City of New York et al.</u>, 07 CV 4715 (JGK)

Dear Judge Koeltl:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York ("City") in the above referenced matter. I write to respectfully request an enlargement of time, from July 23, 2007, to September 21, 2007, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time and is made on consent.

    The complaint alleges, *inter alia*, that plaintiff Osbourne Seabrooks was falsely arrested and maliciously prosecuted. Before this Office can adequately respond to the complaint, we need to conduct an investigation into plaintiff's allegations. An enlargement of time will afford us the opportunity to investigate this matter.

    In addition, upon information and belief, the records of the underlying action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office will promptly forward to plaintiff's counsel, for execution by plaintiff, a consent and authorization for the release of sealed records so that the information can be accessed, the case can be properly assessed and a response to the complaint can be framed.

In view of the foregoing, I respectfully request that the Court extend the City's time to answer or otherwise respond to the complaint until September 21, 2007.

Thank you for your consideration in this regard.

Respectfully submitted,

Suzette Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   **BY FAX**
      Adewale Akim Mosaku, Esq.
      Attorney for Plaintiff
      (718) 243-9148