

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | SUZETTE CORINNE RIVERA<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-9567<br>Fax: (212) 788-9776<br>srivera@law.nyc.gov |

January 16, 2008

BY ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Osbourne Seabrooks v. City of New York, et al.</u>, 07 CV 4715 (JGK)

Your Honor:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation

cc: BY ECF
Wale Mosaku, Esq.
Attorney for Plaintiff